NUMBER 13-07-266-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


ONE (1) 1998 JEEP GRAND CHEROKEE, 

VIN #1J4FX58S1WC354071, AND NUMEROUS

ITEMS OF PERSONAL PROPERTY, Appellant,


v.



THE STATE OF TEXAS, Appellee.

 

________________________________________________________


On Appeal from the 319th District Court 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Natasha Daniels perfected an appeal from a judgment rendered on January 19,
2007, ordering forfeiture of a 1998 Jeep Cherokee and other personal property. Daniels
has filed a motion to dismiss the appeal on grounds that she no longer desires to
prosecute the appeal. 

 The Court, having considered the documents on file and Daniels's motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). Daniels's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at Daniels's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 13th day of March, 2008.